IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN ALBERTO VASQUEZ, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. H-05-4126 |
| § | Criminal Action No. H-01-725-01 |
| UNITED STATES OF AMERICA, § | |
| § | |
| Respondent. § | |

FINAL JUDGMENT

As Petitioner Juan Alberto Vasquez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Civil Document No. 1, Criminal Document No. 36) has been denied, and the United States of America's Motion to Dismiss (Criminal Document No. 41) has been granted, the Court hereby

DISMISSES Petitioner Juan Alberto Vasquez's 28 U.S.C. § 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this ____ day of June, 2006.

_____
DAVID HITTNER

United States District Judge